PROB 12B  
(08/16)

May 19, 2021  
pacts id: 6655213

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Carlos Fletes (Spanish)     **Dkt No.:** 19CR05009-001-AJB

**Name of Sentencing Judicial Officer:** The Honorable Anthony J. Battaglia, U.S. District Judge

**Sentence:** Time served; 3 years' supervised release *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** March 11, 2021

**Date Supervised Release Commenced:** March 11, 2021

**Prior Violation History:** None.

---

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

Be monitored for a period of 13 months, with the location monitoring technology at the discretion of the probation officer. The offender must abide by all technology requirements and must pay all or part of the costs of participation in the location monitoring program, as directed by the court and/or the probation officer. In addition to other court-imposed conditions of release, the offender's movement in the community must be restricted as specified below:

(Home Incarceration)
You are restricted to your residence at all times except for medical necessities and court appearances, **one time per week for essential need purchases**, or other activities specifically approved by the Court.

PROB12B

| | |
|---|---:|
| Name of Offender: Carlos Fletes | May 19, 2021 |
| Docket No.: 19CR05009-001-AJB | Page 2 |

## CAUSE

Per the Court's order, Mr. Fletes is to participate in home incarceration for 13 months. As specified in the condition, he is restricted to his residence at all times except for medical necessities and court appearances or other activities specifically approved by the Court.

On March 18, 2021, Mr. Fletes was enrolled in the Location Monitoring Program to begin his 13-month term of home incarceration. All the rules and expectations have been explained to Mr. Fletes, and he has acknowledged understanding of the rules and expectations.

The ability to purchase basic living essentials will be difficult for Mr. Fletes, as each weekly trip to the grocery store, etc., would require a request from probation and authorization from the Court. Given this, probation is requesting that the home incarceration condition be modified as noted above, with the additional language, to facilitate a smoother term of supervision.

Respectfully submitted:                                  Reviewed and approved:

by _____                _____
Nicole G. Fisher                                        Larry Huerta
U.S. Probation Officer                                  Supervisory U.S. Probation Officer
(619) 409-5135

Attachments:

**THE COURT ORDERS:**

__X__   THE MODIFICATION OF CONDITIONS AS NOTED ABOVE

_____   OTHER _____

_____                     5-20-21
The Honorable Anthony J. Battaglia                  Date
U.S. District Judge

lus